UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILVIA DIAZ,<br><br>                Plaintiff,<br><br>      v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social<br>Security,<br><br>                Defendant. | Case No. CV 06-1771 DDP(JC)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed all of the records herein, and the attached Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"). The Court approves and adopts the Report and Recommendation.

      IT IS HEREBY ORDERED that: (1) the decision of the Commissioner of Social Security is reversed in part and this matter remanded for further administrative action consistent with the Report and Recommendation; and (2) Judgment be entered accordingly.

///

///

///

1

1  ///

2        IT IS FURTHER ORDERED that the Clerk shall serve a copy of this Order,
3  the Report and Recommendation, and the Judgment on counsel for the parties.
4  DATED:     April 17, 2009

*/s/ Dean D. Pregerson*

HONORABLE DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE