UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILVIA DIAZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social<br>Security,<br><br>　　　　Defendant. | Case No. CV 06-1771 DDP(JC)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is REVERSED IN PART AND THIS MATTER REMANDED for further administrative action consistent with Report and Recommendation of United States Magistrate Judge.

DATED:　　April 17, 2009

　　　　　　　　　　　　　　　　　_/s/ Dean D. Pregerson_

　　　　　　　　　　　　　　　　HONORABLE DEAN D. PREGERSON
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE