Suzanne C. Leidner, Esq.  (CSB #090387)
LEIDNER & LEIDNER
4622 Hollywood Blvd.
Los Angeles, CA  90027
Tel. 323 664-5670/Fax:  323 662-0840
Email:   SCLeidner@sbcglobal.net

Counsel for Plaintiff Sylvia Diaz

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVIA DIAZ,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | No.  CV 06 1771 DDP (JC)<br>[PROPOSED] ORDER AWARDING EAJA FEES |

IT IS ORDERED that based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice (EAJA) Fees,  Plaintiff's counsel, as Plaintiff's assignee, shall be awarded attorney fees  under EAJA in the amount TWO THOUSAND THREE HUNDRED DOLLARS and 00/cents ($2,300.00), as authorized by 28 U.S.C. §2412(d), and subject to the terms of the above-referenced  Stipulation.

Dated: July 15, 2009

_____/s/_____
JACUELINE CHOOLJIAN
UNITED STATES MAGISTRATE JUDGE

-1-